# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00759-CR

**Jung Park, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. 676026, HONORABLE JAN BRELAND, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Informations accusing appellant Jung Park of telephone harassment were filed in Travis County cause numbers 676026 and 676027. At Park's trial in cause number 676027, he admitted his guilt in cause number 676026 and that unadjudicated offense was taken into consideration in determining his sentence. *See* Tex. Pen. Code Ann. § 12.45 (West 2003). Park thereafter filed written notices of appeal in both causes, which were forwarded to this Court and assigned cause numbers 03-04-00759-CR and 03-04-00760-CR.

There is no right of appeal from an order granting a section 12.45 motion. *Lackie v. State*, 70 S.W.3d 344, 345 (Tex. App.—Waco 2002, no pet.); *Hilburn v. State*, 946 S.W.2d 885, 886 (Tex. App.—Fort Worth 1997, no pet.). We therefore grant the State's motion to dismiss the appeal in the instant cause. Park's appeal from his conviction in cause number 676027, our cause number 03-04-00760-CR, remains on the active docket of the Court.

The appeal is dismissed for want of jurisdiction.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: January 31, 2005

Do Not Publish